UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ISHOW.COM, INC.,

                Plaintiff,

     v.

LENNAR CORPORATION, *et al.*,

                Defendants.

No. C15-1550RSL

ORDER GRANTING IN PART DEFENDANTS' MOTION FOR CASE MANAGEMENT CONFERENCE

This matter comes before the Court on "Lennar Corporation and Lennar Pacific Properties Management, Inc.'s Request for Telephonic Motion Hearing Pursuant to Local Rule 7(i) or, in the Alternative, Case Management Conference." Dkt. # 59. Granting defendants' alternative request for relief, the Court scheduled a pretrial conference and heard argument regarding defendants' various case management suggestions on June 29, 2017. Being fully apprised, the Court finds that there is substantial overlap between the legal and equitable claims asserted in this litigation and/or that there are factual issues that must be resolved by the jury before the Court will consider whether equitable relief is appropriate.[1]

---

[1] To the extent defendants are asserting that certain issues, such as laches, can be decided as a matter of law, the Court declines to entertain a summary judgment motion at this late date. The dispositive motion deadline was January 31, 2017. Defendants waited almost three months after the Court issued its summary judgment rulings to raise the possibility that they might be entitled to relief as

ORDER GRANTING IN PART DEFENDANTS'
MOTION FOR CASE MANAGEMENT
CONFERENCE

1       This case shall proceed to trial, as scheduled, on July 24, 2017. Liability and damage issues will be tried together. The Court will try the equitable issues with an advisory jury under Fed. R. Civ. P. 39(c)(1). In crafting their proposed jury instructions and verdict form, the parties shall include written questions designed to obtain from the jury any factual determinations necessary to a determination of equitable relief.

      Dated this 30th day of June, 2017.

*[signature: M S Lasnik]*

Robert S. Lasnik
United States District Judge

---

a matter of law. This case has been delayed long enough, and defendants have not shown good cause for an extension of the dispositive motion deadline.

ORDER GRANTING IN PART DEFENDANTS'
MOTION FOR CASE MANAGEMENT
CONFERENCE       -2-