UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ISHOW.COM, INC., <br><br> Plaintiff, <br><br> v. <br><br> LENNAR CORPORATION, *et al.*, <br><br> Defendants. | No. C15-1550RSL <br><br><br> ORDER DENYING UNTIMELY <br> MOTION IN LIMINE |

This matter comes before the Court on "Defendants' Motion to Exclude Testimony from James Brown, Based on Prior Ruling (Dkt. 91), and to Avoid Unnecessary Costs and Inconvenience to Non-Party." Dkt. # 96. This motion, which seeks to exclude evidence or testimony from trial, is an untimely motion in limine. Defendants have not shown good cause for the belated request. The motion is therefore DENIED without prejudice to a timely objection at trial. If an objection is raised, defendants shall be prepared to explain why the failure to supplement the initial disclosures was not harmless given that additional, corrective information in the form of Mr. Brown's declaration was provided during discovery.

Dated this 21st day of July, 2017.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING UNTIMELY
MOTION IN LIMINE