UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ISHOW.COM, INC.,, <br><br> Plaintiffs, <br><br> v. <br><br> LENNAR CORPORATION and LENNAR PACIFIC PROPERTIES MANAGEMENT, INC., <br><br> Defendants. | Case No. C15-1550RSL <br><br> VERDICT FORM |

WE, THE JURY, make the following answers to the questions submitted by the Court:

**Question No. 1**

Do you find that plaintiff has established by a preponderance of the evidence all of the elements of its trademark infringement claim as defined in Instruction No. 14?

YES  NO
 X    ___

If your answer to Question No. 1 is "No," please sign and return this verdict form. If your answer is "Yes," please proceed to Question No. 2.

VERDICT FORM

**Question No. 2**

Do you find that plaintiff has established by a preponderance of the evidence that defendants willfully infringed plaintiff's trademark as defined in Instruction No. 20?

                          YES          NO
                          __X__       _____

If your answer to Question No. 2 is "No," please sign and return this verdict form. If your answer is "Yes," please proceed to Question No. 3.

**Question No. 3**

What do you find to be the profits earned by defendants that are attributable to the infringement as defined in Instruction No. 21?

$ __5,494,615__

Please sign and return this verdict form.

DATED this __31__ day of __July__, 2017.

                                                 Presiding Juror

VERDICT FORM                         -2-